**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
CARMEN DELACRUZ,

                Plaintiff,                20 **CIVIL** 4374 (JPO)

        -v-                          **JUDGMENT**

ANDREW SAUL,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated April 19, 2021, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. The Plaintiff will be afforded the opportunity for a hearing and to submit additional medical evidence and testimony as warranted.

**Dated:**  New York, New York
          April 20, 2021

                                                      **RUBY J. KRAJICK**
                                                      _____
                                                         **Clerk of Court**
                                      **BY:**
                                                          **Deputy Clerk**